

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>MIGUEL HERNANDEZ ORTEGA,<br>a.k.a. Javier Osorio,<br><br>Defendant. | Case No.: 19-CR-4374-DMS<br><br>**ORDER AND JUDGMENT DISMISSING INDICTMENT WITHOUT PREJUDICE** |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: 2-18-20

HONORABLE DANA M. SABRAW
United States District Judge